# Court of Appeals
# of the State of Georgia

ATLANTA,  August 11, 2026

*The Court of Appeals hereby passes the following order:*

**A27A0107. GOLDEN MARCEL ROBERSON v. THE STATE.**

A jury found Golden Roberson guilty of aggravated assault, false imprisonment, and numerous other charges. The trial court denied Roberson's motion for a new trial on April 17, 2026, and he filed a timely notice of appeal on May 6, 2026. See OCGA § 5-6-38(a). The ensuing appeal was docketed in this Court as Case No. A26A1983. For reasons that are not immediately apparent, the trial court transmitted the appeal a second time to this Court, where it has been docketed as the current case, No. A27A0107.

The instant appeal — Case No. A27A0107 — is duplicative of the currently pending appeal in Case No. A26A1983. Consequently, Case No. A27A0107 is hereby DISMISSED as superfluous. The parties are DIRECTED to submit all future filings in this appeal in Case No. A26A1983.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/11/2026*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*